**Order filed July 09, 2012**



In The

# Fourteenth Court of Appeals

### NO. 14-11-00669-CR

### ROGER CHARLES BRIDGES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-DCR-056228**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit #1 (CD).**

The clerk of the 434th Judicial District Court is directed to deliver to the Clerk of this court the original of State's Exhibit #1 (CD), on or before **July 19, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit #1 (CD), to the clerk of the 434th Judicial District Court.

PER CURIAM